**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-6353**

_____

UNITED STATES OF AMERICA,

                                         Plaintiff - Appellee,

        versus

JAMES R. NIBLOCK,

                                         Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:02-cr-568-GBL; 1:04-cv-361)

_____

Submitted:  October 31, 2007         Decided:  November 21, 2007

_____

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Joseph A. Connors, III, McAllen, Texas, for Appellant.   Chuck
Rosenberg, United States Attorney, Charles F. Connolly, Assistant
United States Attorney, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Niblock appeals the district court's order denying his 28 U.S.C. § 2255 (2000) motion. We previously granted a certificate of appealability on two issues: whether counsel rendered ineffective assistance to Niblock by denying him the right to testify and whether counsel was ineffective for failing to note a direct appeal. See Miller-El v. Cockrell, 537 U.S. 322, 327 (2003). After a review of the record and the parties' briefs, we conclude that the district court correctly denied relief on these claims. Accordingly, we affirm for the reasons stated by the district court. See United States v. Niblock, Nos. 1:02-cr-568-GBL; 1:04-cv-361 (E.D. Va. Feb. 28, 2005); see Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998) (holding that, absent justification, Fed. R. Civ. P. 59(e) motions "may not be used . . . to raise arguments which could have been raised prior to the issuance of the judgment"). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -